UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| HEATHER L. PLITZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cv-00010-HAB-SLC |
| | ) | |
| REV RECREATION GROUP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The United States Magistrate Judge's Report and Recommendation (ECF No. 53) was issued November 17, 2023, and the 14-day window within to object has passed with no objections filed. On December 1, 2023, the parties filed a joint request (ECF No. 54) asking this Court to delay dismissal of this matter for 90 days.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 53) is ACCEPTED AND ADOPTED.

Plaintiffs' motion to enforce Settlement Agreement (ECF 35) is GRANTED IN PART to the extent that the Court ORDERS:

(1) REV to afford Plaintiffs a one-time re-evaluation and repair of the RV slide outs under the Settlement Agreement at REV's factory in Decatur, Indiana, given Plaintiffs' third-party opinions documenting issues with the slide outs, with REV paying for the cost of transporting the RV to its factory in accordance with the Settlement Agreement; and

(2) REV to afford Plaintiffs, at that factory visit, additional repair of both the crack in the sidewall and the tilted and wobbly driver's seat and pedestal under the one-year warranty on parts

and labor in the Settlement Agreement, given Plaintiffs' third-party opinions documenting that REV's "one-time repairs" of these issues have since failed.

But the motion to enforce Settlement Agreement (ECF 35) is OTHERWISE DENIED. Further, the Court DIRECTS the parties to file dismissal papers within ninety (90) days of this Order.

SO ORDERED on December 6, 2023.

      s/ *Holly A. Brady*
      JUDGE HOLLY A. BRADY
      UNITED STATES DISTRICT COURT